UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| XTO ENERGY, INC., XH, LLC and HHE ENERGY COMPANY  Plaintiff, | § § § § | |
| v. | § § § | C.A. NO. 4:21-cv-01081 |
| PETRO-HUNT, L.L.C. and OCCIDENTAL PETROLEUM COMPANY  Defendants. | § § § § | |

### PLAINTIFFS' RULE 41 DISMISSAL AS TO DEFENDANT OCCIDENTAL PETROLEUM COMPANY

XTO Energy, Inc, XH, LLC, and HHE Energy Company, plaintiffs, file this notice of voluntary dismissal without prejudice as to defendant, Occidental Petroleum Company under Rule 41 (a) (1)(A) (i) of the Federal Rules of Civil Procedure.  Defendant, Occidental Petroleum Company has not served an answer or a motion for summary judgement.  This notice of dismissal has no effect whatsoever on the Plaintiffs' claims still pending against Defendant, Petro-Hunt LLC.  Pursuant to Rule 41, this notice is effective immediately without Court order.

Dated: April 2, 2021

1

Respectfully Submitted,

*/s/ Jonathan D. Baughman*
Jonathan D. Baughman
Attorney in Charge
Star Bar No. 24029074
MCGINNIS LOCHRIDGE LLP
609 Main Street, Suite 2800
Houston, Texas 77002
(713) 615-8500
(713) 615-8585 – Fax
jbaughman@mcginnislaw.com

Marcus V. Eason
State Bar No. 24092374
William K. Grubb
State Bar No. 24107793
MCGINNIS LOCHRIDGE LLP
609 Main Street, Suite 2800
Houston, Texas 77002
(713) 615-8500
(713) 615-8585 – Fax
meason@mcginnislaw.com
wgrubb@mcginnislaw.com

Andrew M. Gilchrist
State Bar No. 00787536
EXXON MOBIL CORPORATION
22777 Springwoods Village Pkwy N1.4B 331
Spring, Texas 77389
(713) 865-2063
*andrew.m.gilchrist@exxonmobil.com*

*Attorneys for XTO Energy, Inc., XH, LLC, and HHE Energy Company*