UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| XTO ENERGY, INC., XH, LLC and HHE ENERGY COMPANY<br>Plaintiff,<br><br>v.<br><br>PETRO-HUNT, L.L.C.<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 4:21-cv-01081<br><br>JUDGE DAVID HITTNER |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF PETRO-HUNT, L.L.C.

All parties that have appeared in the case, being Plaintiffs XTO Energy, Inc., XH, LLC, HHE Energy Corporation, and Defendant Petro-Hunt, L.L.C., (the "Parties"), hereby stipulate to the dismissal of Petro-Hunt, L.L.C. without prejudice in consideration for the following stipulations, representations, and warranties:

1. After the filing of the Complaint, further examination by the Parties determined that Hunt Dominion Corporation f/k/a Petro-Hunt Corporation is a predecessor in title/former record title owner of a fractional interest in a federal offshore lease known as the "West Cameron 171" being the same federal offshore lease that is the subject of the above-captioned lawsuit (the "Lease"). Plaintiffs have filed their

First Amended Complaint to name Hunt Dominion Corporation as a defendant;

2. Petro-Hunt, L.L.C. stipulates, represents, and warrants that Petro-Hunt, L.L.C. is not a predecessor in title/former record title owner of any interest in the Lease and has not been assigned or succeeded to any rights or liabilities resulting from the Lease or the joint operating agreement to which it is subject;

3. Hunt Dominion Corporation f/k/a Petro-Hunt Corporation, through counsel, has agreed to accept service of the First Amended Complaint and will answer or otherwise respond thereto within twenty-one (21) days of filing date of the First Amended Complaint, and it further consents to the personal jurisdiction of the Court in the above-styled cause;

4. The Parties that have appeared stipulate to the dismissal of Petro-Hunt, L.L.C., without prejudice, and request that the Court enter the proposed dismissal order filed with this stipulation;

5. The Parties agree that stipulations contained in this stipulation shall not prejudice any claim, defense, argument, or right available to the Parties in this proceeding other than as expressly described herein; and

For these reasons and in accordance with the above stipulations, representations, and warranties, the Parties respectfully request that the Court enter a dismissal without prejudice of Petro-Hunt, L.L.C. in the form of the proposed order submitted in conjunction with this stipulation.

**AGREED AND SUBMITTED BY:**

*/s/ Jonathan D. Baughman*
Jonathan D. Baughman

Attorney in Charge
Star Bar No. 24029074
MCGINNIS LOCHRIDGE LLP
609 Main Street, Suite 2800
Houston, Texas 77002
 (713) 615-8500
 (713) 615-8585 – Fax
jbaughman@mcginnislaw.com

Marcus V. Eason
State Bar No. 24092374
meason@mcginnislaw.com
William K. Grubb
State Bar No. 24107793
wgrubb@mcginnislaw.com
MCGINNIS LOCHRIDGE LLP
609 Main Street, Suite 2800
Houston, Texas 77002
 (713) 615-8500
 (713) 615-8585 – Fax

Andrew M. Gilchrist
State Bar No. 00787536
EXXON MOBIL CORPORATION
22777 Springwoods Village Pkwy N1.4B 331
Spring, Texas 77389
(713) 865-2063
andrew.m.gilchrist@exxonmobil.com

*Attorneys for XTO Energy, Inc., XH, LLC, and HHE Energy Company*

*/s/ Adam J. Russ*
Adam J. Russ

Attorney in Charge
State Bar No. 24109435
GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS, & EAGEN, LLC
2229 San Felipe Street, Suite 1100
(713)-333-5573
aruss@gamb.com

Scott A. O'Connor
Louisiana Bar No. 19723
(S.D. Texas Admission Forthcoming)
GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS, & EAGEN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
(504)-582-1111
(504)-582-1121 – Fax
soconnor@gamb.com

*Attorneys for Defendant Petro-Hunt, L.L.C.*

## **CERTIFICATE OF SERVICE**

I certify that on this 14 day of June, 2021, a copy of the foregoing was served on all counsel of record via the ECF filing system.

>*/s/ Jonathan D. Baughman*
>Jonathan D. Baughman