United States District Court
Southern District of Texas

**ENTERED**

June 15, 2021

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| XTO ENERGY, INC., XH, LLC and HHE ENERGY COMPANY<br>    Plaintiff,<br><br>v.<br><br>PETRO-HUNT, L.L.C.<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 4:21-cv-01081<br><br>JUDGE DAVID HITTNER |

## ORDER

In accordance with the stipulation between Plaintiffs XTO Energy, Inc., XH, LLC, and HHE Energy Company and Defendant Petro-Hunt, L.L.C., the Court hereby **ORDERS** that all claims against Petro-Hunt, L.L.C. are **DISMISSED WITHOUT PREJUDICE.** All other claims pending as of the date of this Order remain pending.

Signed and Ordered on this _15_ day of ___June___, 2021.



UNITED STATES DISTRICT JUDGE